**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 22-391 |
| | : | |
| **MELVIN LESLIE** | : | |

# ORDER

**AND NOW**, this 7th day of March 2024, upon considering Defendant's pro se Motion to dismiss the indictment (ECF No. 27) with leave granted to proceed without counsel (ECF No. 32), the United States' Opposition (ECF No. 43), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DENY** Defendant's Motion (ECF No. 27).

_____
**KEARNEY, J.**